STATE OF CONNECTICUT *v.* ALLISON GREENE

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 617 (AC 17329), is denied.

*Cheryl E. Heffernan*, special public defender, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided May 6, 1999

STEVEN C. WEYEL *v.* GREGORY M. CATANIA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 292 (AC 17553), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Martin S. Echter*, deputy corporation counsel, in support of the petition.

*Erskine D. McIntosh*, in opposition.

Decided May 6, 1999